UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

IBF COLLATERALIZED FINNANCE CORPORATION
ETC.,

                          Plaintiff,    ORDER OF
                                    DISCONTINUANCE

     - against -                CV 2002-5693 (NG)(MDG)

EDWARD T. STEIN,

                          Defendant.

- - - - - - - - - - - - - - - - - - - -X

    The parties having advised the Court that they have reached an agreement to settle this action, it is hereby

    ORDERED, that this action is discontinued without costs and with prejudice, but with leave to reopen within thirty(30) days if the agreement is not consummated.

Dated:    Brooklyn, New York
           February 13, 2004

                                                 /
                                          NINA
                                          UNITE                           JDGE

# KURZMAN EISENBERG CORBIN LEVER & GOODMAN, LLP

### ATTORNEYS AT LAW

ONE NORTH BROADWAY
WHITE PLAINS, NY 10601
TEL: (914) 285-9800
FAX: (914) 285-9855

OTHER LOCATIONS:
FORT LAUDERDALE, FLORIDA
LONDON, ENGLAND
GENEVA, SWITZERLAND

675 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 661-2150
FAX: (212) 949-6131

ROSS J. ELLICK
Partner
rellick@kelaw.com

February 5, 2004

RECEIVED
in Chambers of
U.S.D.J. Gershon

FEB 0 9 2004

**VIA FACSIMILE 718-260-2556**

Honorable Marilyn Dolan Go
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York

> Re: IBF Collateralized Finance Corp. v. Edward T. Stein;
> IBF Collateralized Finance Corp. v. 1970 Asset Management
> Corp., et al. ("1970 Action")
> Docket Nos. 02 Civ. 5693 (NG)(MDG) and 02 Civ. 5694 (NG)(MDG)

Dear Magistrate Judge Go:

This firm represents the plaintiffs herein. I am writing to advise the Court, as we informed Josh over the telephone this morning, that the above-referenced actions have been settled and the parties will be filing a stipulation of discontinuance within the next few days. As Josh suggested, the parties request that these actions be marked settled, with a right of reinstatement within thirty (30) days if for some reason our settlement is not fully effectuated.

Thank you once again for your attention to this matter.

Respectfully submitted,

Ross J. Ellick

RJE/jsl

cc: Brian Maas, Esq. (*via facsimile* 212/593-9175)